U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 29 A 11: 02

CLERK
BY ___ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ROGER BALCAZAR CARRILLO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. ATTORNEY GENERAL; DAVID WESLING, IN HIS OFFICIAL CAPACITY AS ACTING BOSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; JULIO CARAVIA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF BOSTON FIELD OFFICE OPERATIONS, CUSTOMS AND BORDER PROTECTION; DAVID W. JOHNSTON, IN HIS OFFICIAL CAPACITY AS VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; and GREG HALE, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF NORTHWEST STATE CORRECTIONAL FACILITY,<br><br>Respondents. | ) | Case No. 2:26-cv-367 |

**TEMPORARY RESTRAINING ORDER**

Petitioner Roger Balcazar Carrillo has requested the court to issue an order requiring his custody to remain in Vermont so that he may effectively litigate his habeas corpus petition. The court has previously issued this type of order in other cases. *See, e.g., Perez Alfaro v. Trump*, Case No. 2:25-cv-00584 (D. Vt. June 16, 2025) at Doc. 4 (granting motion for temporary restraining order and ordering "the petitioner shall not be removed from the District of Vermont pending further Order of this court"); *Walizada v.*

*Trump*, Case No. 2:25-cv-00768 (D. Vt. Oct. 1, 2025) at Doc. 13 (extending motion for temporary restraining order until petitioner's show cause hearing); *Ozturk v. Trump*, 2025 WL 1009445, at *2 (D. Mass. Apr. 4, 2025); *Suri v. Trump*, 2025 WL 914757, at* 1 (E.D. Va. Mar. 20, 2025). When it has not done so, the petitioner has only been able to attend hearings remotely, without effective translation, and without the petitioner's ability to consult with counsel during the hearing. *See, e.g.*, *Petrova v. U.S. Dep't of Homeland Sec.*, Case No. 2:25-cv-00240 (D. Vt. May 28, 2025) at Doc. 70 (noting the petitioner was present by video and interpreter and counsel were present in the courtroom).

In order to preserve this court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, authorizing the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law[,]" it is hereby ORDERED that the Petitioner Roger Balcazar Carrillo shall not be removed from the District of Vermont pending further Order of this court.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 29th day of September, 2026 at 10:40 a.m.

Christina Reiss, Chief Judge
United States District Court